IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID LAMAR JOHNSON, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 2:19cv772-WHA |
| | ) [WO] |
| STEVEN T. MARSHALL, *et al.*, | ) |
| Respondents. | ) |

## **ORDER**

On October 28, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Doc. # 9. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 9) is ADOPTED; and

2. This case is DISMISSED for lack of jurisdiction, in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), because Petitioner has not obtained the required permission from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider Petitioner's successive habeas application.

A final judgment will be entered separately.

DONE this 20th day of November, 2019.

                  /s/ W. Harold Albritton
                  W. HAROLD ALBRITTON
                  SENIOR UNITED STATE DISTRICT JUDGE